**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MATTHEW JONES,               )
                                   )
        Plaintiff,         )
                                   )
      v.                   )      Civil Action No.  25-04430 (UNA)
                                   )
                                   )
U.S. DEPARTMENT OF       )
TRANSPORTATION,         )
                                   )
        Defendant.      )

**<u>MEMORANDUM OPINION</u>**

This action brought *pro se* is before the Court on review of Plaintiff's form complaint and application for leave to proceed *in forma pauperis*. For the following reasons, the Court grants the application and dismisses the complaint.

Plaintiff, a resident of Greenwood, Delaware, sues the U.S. Department of Transportation for reasons unknown. He recounts the time he "became a licensed driver" at age 16 and asserts, *inter alia*, that "[f]or 24 years since," he has "been the only person driving who is old enough to be driving. No women or girls have been seen on or near the roads of the USA in all of this time." Compl., ECF No. 1 at 4 (Statement of Claim). In the relief section of the complaint, Plaintiff lists without any context "[a]ttempted murder, slavery, rape, disease spreading [and], massacring" and "demand[s] $1,000,000 for fraud and risk of death and illnesses and injuries that the Department caused by giving 100% of its issued drivers licenses to underage youths under the age of 16." *Id*.

Complaints, as here, lacking "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and "postulating events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981), are frivolous actions subject to

dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).  Therefore, this case will be dismissed by separate

order.

_____/s/_____
CHRISTOPHER R. COOPER
United States District Judge

Date: May 20, 2026